Submitted June 8, reversed and remanded July 13, 2011.

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

JUSTIN DEWAIN DALBY,
*Defendant-Appellant.*

Multnomah County Circuit Court
090748295; A143586

258 P3d 1292

Peter Gartlan, Chief Defender, and Morgen E. Daniels, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

John R. Kroger, Attorney General, Mary H. Williams, Solicitor General, and Tiffany Keast, Assistant Attorney General, filed the brief for respondent.

Before Brewer, Chief Judge, and Gillette, Senior Judge.

PER CURIAM

